

**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York   11201*

August 26, 2011

Ephraim Savitt
260 Madison Avenue
Suite#2200
New York, New York 10016

Roger Stavis, Esq.
Gallet Dreyer & Berkley, LLC
845 Third Avenue, Eighth Floor
New York, NY 10022

        Re: United States v. Victor Bourne
           <u>Criminal Docket No. 08 CR 888 (NGG)</u>

Dear Counsel:

    This is to notify you that the government submitted a motion <u>ex parte</u> and under seal today to the Court regarding 3500 materiel in this matter.

                              Very truly yours,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                BY: _____
                            Soumya Dayananda
                            Assistant U.S. Attorney
                            718-254-7996

cc: Clerk of Court (NGG)