UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

**SPECIAL VERDICT SHEET**

**08-CR-888 (NGG)**

-against-

VICTOR ACOSTA BOURNE and MARIA
ALLEYNE,

Defendants.
------------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

<u>AS TO COUNT ONE</u>
(Continuing Criminal Enterprise)

On the charge of continuing criminal enterprise in Count One, how do you find the Defendant
VICTOR D'ACOSTA BOURNE?

Guilty __/__     Not Guilty _____

If you found the Defendant <u>not guilty</u> of Count One, please proceed to Count Two.

If you found the Defendant <u>guilty</u> of Count One, please indicate below which of the following
Violations you unanimously agree were <u>proven</u> or <u>not proven</u> by the Government:

1) Do you find the Government has proven, beyond a reasonable doubt, the crime
charged in Violation One: conspiracy to import cocaine on or about and between January
2000 and June 2009?

Proven __/__     Not Proven _____

2) Do you find the Government has proven, beyond a reasonable doubt, the crime
charged in Violation Two: conspiracy to distribute cocaine on or about and between
January 2000 and June 2009?

Proven __/__     Not Proven _____

3) Do you find the Government has proven, beyond a reasonable doubt, the crime charged in Violation Three: cocaine importation on or about November 5, 2005?

Proven _____          Not Proven ___/___

4) Do you find the Government has proven, beyond a reasonable doubt, the crime charged in Violation Four: attempted possession of cocaine with intent to distribute on or about November 5, 2005?

Proven _____          Not Proven ___/___

5) Do you find the Government has proven, beyond a reasonable doubt, the crime charged in Violation Five: international marijuana distribution conspiracy in or about and between October 2006 and April 2009?

Proven ___/___          Not Proven _____

6) Do you find the Government has proven, beyond a reasonable doubt, the crime charged in Violation Six: attempted international possession of marijuana on or about December 18, 2006?

Proven ___/___          Not Proven _____

7) Do you find the Government has proven, beyond a reasonable doubt, the crime charged in Violation Seven: cocaine importation on or about October 25, 2008?

Proven _____          Not Proven ___/___

8) Do you find the Government has proven, beyond a reasonable doubt, the crime charged in Violation Eight: possession of cocaine with intent to distribute on or about October 25, 2008?

Proven _____          Not Proven ___/___

9) Do you find the Government has proven, beyond a reasonable doubt, the crime charged in Violation Nine: cocaine importation on or about October 26, 2008?

Proven _____          Not Proven ___/___

10) Do you find the Government has proven, beyond a reasonable doubt, the crime charged in Violation Ten: possession of cocaine with intent to distribute on or about October 26, 2008?

Proven _____        Not Proven ___/___

11) Do you find the Government has proven, beyond a reasonable doubt, the crime charged in Violation Eleven: cocaine importation on or about November 22, 2008?

Proven ___/___        Not Proven _____

12) Do you find the Government has proven, beyond a reasonable doubt, the crime charged in Violation Twelve: attempted possession of cocaine with intent to distribute on or about November 22, 2008?

Proven ___/___        Not Proven _____

AS TO COUNT TWO
(Cocaine Importation Conspiracy)

On the charge of conspiracy to import cocaine in or about and between January 2000 and June 2009 in Count Two, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty ___/___        Not Guilty _____

If you found the Defendant not guilty of Count Two, please proceed to Count Three.

If you found the Defendant guilty of Count Two, please answer Question A:

A.     Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Two of the indictment involved 5 kilograms or more of cocaine?

Yes ___/___        No _____

If you answered "Yes" to Question A, please proceed to Count Three.

If you answered "No" to Question A, please answer Question B:

B.     Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Two of the indictment involved at least 500 grams or more of cocaine?

Yes _____          No _____

## AS TO COUNT THREE
(Conspiracy to Distribute Cocaine)

On the charge of conspiracy to distribute cocaine in or about and between January 2000 and June 2009 in Count Three, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty __/__          Not Guilty _____

If you found the Defendant not guilty of Count Three, please proceed to Count Four.

If you found the Defendant guilty of Count Three, please answer Question A:

A.     Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Three of the indictment involved 5 kilograms or more of cocaine?

Yes __/__          No _____

If you answered "Yes" to Question A, please proceed to Count Four.

If you answered "No" to Question A, please answer Question B:

B.     Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Three of the indictment involved at least 500 grams or more of cocaine?

Yes _____          No _____

## AS TO COUNT FOUR
(Cocaine Importation)

On the charge of cocaine importation on or about November 5, 2005 in Count Four, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty _____          Not Guilty __/__

If you found the Defendant <u>not guilty</u> of Count Four, please proceed to Count Five.

If you found the Defendant <u>guilty</u> of Count Four, please answer Question A:

    A.    Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Four of the indictment involved 5 kilograms or more of cocaine?

Yes _____          No _____

If you answered "Yes" to Question A, please proceed to Count Five.

If you answered "No" to Question A, please answer Question B:

    B.    Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Four of the indictment involved at least 500 grams or more of cocaine?

Yes _____          No _____

AS TO COUNT FIVE
(Attempted Possession of Cocaine with Intent to Distribute)

On the charge of attempted possession of cocaine with intent to distribute on or about November 5, 2005 in Count Five, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty _____          Not Guilty _/_

If you found the Defendant <u>not guilty</u> of Count Five, please proceed to Count Six.

If you found the Defendant <u>guilty</u> of Count Five, please answer Question A:

    A.    Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Five of the indictment involved 5 kilograms or more of cocaine?

Yes _____          No _____

If you answered "Yes" to Question A, please proceed to Count Six.

If you answered "No" to Question A, please answer Question B:

B.    Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Five of the indictment involved at least 500 grams or more of cocaine?

Yes _____          No _____

### AS TO COUNT SIX
(International Marijuana Distribution Conspiracy)

On the charge of international marijuana distribution conspiracy in or about and between October 2006 and April 2009 in Count Six, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty __/__          Not Guilty _____

If you found the Defendant not guilty of Count Six, please proceed to Count Seven.

If you found the Defendant guilty of Count Six, please answer Question A:

A.    Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Six of the indictment involved 1000 kilograms or more of marijuana?

Yes _____          No __/__

If you answered "Yes" to Question A, please proceed to Count Seven.

If you answered "No" to Question A, please answer Question B:

B.    Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Six of the indictment involved 100 kilograms or more of marijuana?

Yes __/__          No _____

### AS TO COUNT SEVEN
(Attempted International Distribution of Marijuana)

On the charge of attempted international distribution of marijuana on or about December 18, 2006 in Count Seven, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty __/__          Not Guilty _____

If you found the Defendant not guilty of Count Seven, please proceed to Count Eight.

If you found the Defendant guilty of Count Seven, please answer Question A:

A.     Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Seven of the indictment involved 100 kilograms or more of marijuana?

Yes _____          No ___/___

AS TO COUNT EIGHT
(Conspiracy to Distribute Marijuana)

On the charge of conspiracy to distribute marijuana on or about December 18, 2006 in Count Eight, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty __/___          Not Guilty _____

If you found the Defendant not guilty of Count Eight, please proceed to Count Nine.

If you found the Defendant guilty of Count Eight, please answer Question A:

A.     Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Eight of the indictment involved 100 kilograms or more of marijuana?

Yes _____          No __/___

AS TO COUNT NINE
(Cocaine Importation)

On the charge of cocaine importation on or about October 25, 2008 in Count Nine, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty _____          Not Guilty __/___

If you found the Defendant not guilty of Count Nine, please proceed to Count Ten.

If you found the Defendant guilty of Count Nine, please answer Question A:

A.      Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Nine of the indictment involved at least 500 grams or more of cocaine?

Yes _____              No _____

## AS TO COUNT TEN
(Possession of Cocaine with Intent to Distribute)

On the charge of possession of cocaine with intent to distribute on or about October 25, 2008 in Count Ten, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty _____          Not Guilty _____

If you found the Defendant not guilty of Count Ten, please proceed to Count Eleven.

If you found the Defendant guilty of Count Ten, please answer Question A:

A.      Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Ten of the indictment involved at least 500 grams or more of cocaine?

Yes _____              No _____

## AS TO COUNT ELEVEN
(Cocaine Importation)

On the charge of cocaine importation on or about October 26, 2008 in Count Eleven, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty _____          Not Guilty _____

If you found the Defendant not guilty of Count Eleven, please proceed to Count Twelve.

If you found the Defendant guilty of Count Eleven, please answer Question A:

A.      Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Eleven of the indictment involved at least 500 grams or more of cocaine?

Yes _____              No _____

## AS TO COUNT TWELVE
(Possession of Cocaine with Intent to Distribute)

On the charge of possession of cocaine with intent to distribute on or about October 26, 2008 in Count Twelve, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty _____          Not Guilty __/__

If you found the Defendant not guilty of Count Twelve, please proceed to Count Thirteen.

If you found the Defendant guilty of Count Twelve, please answer Question A:

A.   Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Twelve of the indictment involved at least 500 grams or more of cocaine?

Yes _____          No _____

## AS TO COUNT THIRTEEN
(Cocaine Importation)

On the charge of cocaine importation on or about November 22, 2008 in Count Thirteen, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty __/__          Not Guilty _____

If you found the Defendant not guilty of Count Thirteen, please proceed to Count Fourteen.

If you found the Defendant guilty of Count Thirteen, please answer Question A:

A.   Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Thirteen of the indictment involved 5 kilograms or more of cocaine?

Yes __/__          No _____

If you answered "Yes" to Question A, please proceed to Count Fourteen.

If you answered "No" to Question A, please answer Question B:

B.      Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Thirteen of the indictment involved at least 500 grams or more of cocaine?

Yes _____          No _____

### AS TO COUNT FOURTEEN
(Attempted Possession of Cocaine with Intent to Distribute)

On the charge of attempted possession of cocaine with intent to distribute on or about November 22, 2008 in Count Fourteen, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty ____/____          Not Guilty _____

If you found the Defendant not guilty of Count Fourteen, please proceed to Count Fifteen.

If you found the Defendant guilty of Count Fourteen, please answer Question A:

A.      Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Fourteen of the indictment involved 5 kilograms or more of cocaine?

Yes ____/____          No _____

If you answered "Yes" to Question A, please proceed to Count Fifteen.

If you answered "No" to Question A, please answer Question B:

B.      Do you find that the Government has proven, beyond a reasonable doubt, that the crime charged in Count Fourteen of the indictment involved at least 500 grams or more of cocaine?

Yes _____          No _____

### AS TO COUNT FIFTEEN
(Money Laundering Conspiracy)

On the charge of money laundering conspiracy in or about and between January 2000 and October 2010 in Count Fifteen, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty ____/____          Not Guilty _____

On the charge of money laundering conspiracy in or about and between January 2000 and October 2010 in Count Fifteen, how do you find the Defendant MARIA ALLEYNE?

Guilty _____          Not Guilty _____

### AS TO COUNT SIXTEEN
(Structuring Conspiracy)

On the charge of structuring conspiracy in or about and between January 10, 2005 and August 31, 2010 in Count Sixteen, how do you find the Defendant VICTOR D'ACOSTA BOURNE?

Guilty _____          Not Guilty _____

On the charge of structuring conspiracy in or about and between January 10, 2005 and August 31, 2010 in Count Sixteen, how do you find the Defendant MARIA ALLEYNE?

Guilty _____          Not Guilty _____

### AS TO COUNT SEVENTEEN
(Structuring)

On the charge of structuring on or about October 11, 2005 in Count Seventeen, how do you find the Defendant MARIA ALLEYNE?

Guilty _____          Not Guilty _____

### AS TO COUNT EIGHTEEN
(Structuring)

On the charge of structuring on or about October 17, 2005 in Count Eighteen, how do you find the Defendant MARIA ALLEYNE?

Guilty _____          Not Guilty _____

<u>AS TO COUNT NINETEEN</u>
(Structuring)

On the charge of structuring on or about October 19, 2005 in Count Nineteen, how do you
find the Defendant MARIA ALLEYNE?

Guilty _____          Not Guilty _____

<u>AS TO COUNT TWENTY</u>
(Structuring)

On the charge of structuring on or about October 20, 2005 in Count Twenty, how do you find
the Defendant MARIA ALLEYNE?

Guilty _____          Not Guilty _____

<u>AS TO COUNT TWENTY-ONE</u>
(Structuring)

On the charge of structuring on or about October 27, 2005 in Count Twenty-One, how do
you find the Defendant MARIA ALLEYNE?

Guilty _____          Not Guilty _____

<u>AS TO COUNT TWENTY-TWO</u>
(Structuring)

On the charge of structuring on or about March 17, 2006 in Count Twenty-Two, how do you
find the Defendant MARIA ALLEYNE?

Guilty _____          Not Guilty _____

_____
Foreperson

Dated:   October 24, 2011
         Brooklyn, New York