**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 1 5 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

**FORFEITURE ORDER**

-against-

**08-CR-888 (NGG)**

VICTOR D'ACOSTA BOURNE,

                Defendant.
----------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

WHEREAS, the evidence at Defendant Victor D'Acosta Bourne's trial established that a Forfeiture Money Judgment of at least $5,100,000 is forfeitable pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853(a), (p), IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

1. Defendant shall forfeit to the United States the full amount of the Forfeiture Money Judgment, pursuant to 18 U.S.C. § 982(a)(1)(A), (b) and 21 U.S.C. § 853(a), (p).

2. Defendant shall pay the Forfeiture Money Judgment in full no later than twenty-one days before the date of his sentencing (the "Final Due Date"). In the event that Defendant fails to pay any portion of the Forfeiture Money Judgment on or before the Final Due Date, Defendant shall forfeit any other property of his up to the amount of the Forfeiture Money Judgment, pursuant to 18 U.S.C. § 982(b), 21 U.S.C. § 853(p), the Federal Debt Collection Procedure Act, or any other applicable law.

3. Defendant shall not file or interpose any claim or assist others in filing or interposing any claim to any property against which the Government seeks to execute the Forfeiture Money Judgment in any administrative or judicial proceeding.

4. All payments made by Defendant toward the Forfeiture Money Judgment shall be made by certified or bank checks, payable to "Customs and Border Protection." Defendant shall cause said checks to be sent by overnight mail to Assistant United States Attorney Tanya Y. Hill, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201, with the criminal docket number noted on the face of the checks.

5. The terms contained herein shall be final and binding only upon the court's "so ordering" of this Order.

1

6. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), this Order of Forfeiture shall become final as to Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

7. The United States alone shall hold title to the monies paid by Defendant to satisfy the Forfeiture Money Judgment following the court's entry of judgment of conviction.

8. This Order shall be binding upon Defendant and the successors, administrators, heirs, assigns and transferees of Defendant, and shall survive the bankruptcy of any of them.

9. The court shall retain jurisdiction over this action to enforce compliance with the terms of this Order.

10. The Clerk of Court is directed to send, by inter-office mail, five certified copies of this executed Order to Assistant United States Attorney Tanya Y. Hill, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201.

SO ORDERED.

s/Nicholas G. Garaufis

Dated: Brooklyn, New York
February 14, 2012

NICHOLAS G. GARAUFIS
United States District Judge

2